IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THERESA SAMPY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-3072 |
| | § | |
| HOME DEPOT U.S.A., INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the parties' stipulation, (Docket Entry No. 9), this action is dismissed with prejudice.

SIGNED on May 14, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge